IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

DENNIS A. HOWARD,

         Plaintiff,

 v.             Action No. 3:09–CV–820

MICHAEL J. ASTRUE,
Commissioner of Social Security,

         Defendant.

## FINAL ORDER

This matter is before the Court on Dennis Howard's objections to Judge Dennis Dohnal's Report and Recommendation ("R&R") affirming the Social Security Administration's denial of an application for Social Security Disability and Supplemental Security Income payments (Doc. No. 15). For the reasons stated in the accompanying Memorandum Opinion, the Court OVERRULES Howard's objections and ADOPTS Judge Dohnal's Report and Recommendation (Doc. No. 14) denying Howard's Motion for Summary Judgment (Doc. No. 10) and Motion to Remand (Doc. No. 11), GRANTS Defendant's Motion for Summary Judgment (Doc. No. 13), AFFIRMS the Commissioner's decision to deny benefits to Howard.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

            _____/s/_____
            James R. Spencer
            Chief United States District Judge

Entered this __24th__ day of September 2010